IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SUNBELT RENTALS, INC.**                                                                       **PLAINTIFF**

v.                                                                   CAUSE NO. 1:20cv303-LG-RPM

**PARISH CORPORATION and**
**MARK A. PARISH**                                                                               **DEFENDANTS**

### DEFAULT JUDGMENT

In accordance with the Order Granting Motion for Default Judgment entered herewith,

**IT IS ORDERED AND ADJUDGED** that Default Judgment is awarded in favor of the plaintiff, Sunbelt Rentals, Inc., and against the defendants, Parish Corporation and Mark A. Parish.  Sunbelt Rentals, Inc. is awarded damages in the amount of $64,911.44 together with accrued service charges of 1.5% from February 1, 2020, until November 19, 2020, in the amount of $7,757.04, and any additional service charges that will continue to accrue until the principal amount is fully collected.  Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.  Sunbelt Rentals Inc. is also awarded prejudgment interest at a rate of 8% from May 21, 2020, until November 19, 2020, in the amount of $2,604.09, and all interest that subsequently accrues through the date of Judgment.

**SO ORDERED AND ADJUDGED** this the 17th day of December, 2020.

                                                                    s/ *Louis Guirola, Jr.*
                                                                    LOUIS GUIROLA, JR.
                                                                    UNITED STATES DISTRICT JUDGE